**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

      3rd      Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
                Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Alejandro M. Ibanez & Kardy J. Ibanez   CASE NO.: 11-17691-RBR
This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   60   months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 284.14        for months    1   to   60  ;
    B.    $                    for months          to       ;
    C.    $                    for months          to       ; in order to pay the following creditors:

Administrative:   Attorney's Fees and Costs - $3500.00 fees & $275.00 costs ($150.00 court costs, $75.00 credit reports & $50.00 pre-filing credit counseling);  TOTAL PAID PRE-PETITION $1,025.00
Motion to Value Property $525.00 (Safe Harbor) Motion to Value Property $525.00 (Safe Harbor)
TOTAL FEES & COSTS $4,825.00
Balance Due    $ 3,800.00   payable $ 146.15 /month (Months   1    to   26   )

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] including creditors entitled to adequate protection payments which shall be paid through the plan:

Name:                                       Arrearage on Petition Date $             .
Address:                                    Arrears Payment  $            /month (Months         to       )
Account No:                                 Arrears Payment  $            /month (Months         to       )
                                            Regular Payment  $            /month (Months         to       )

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY") WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| **Premier Auto Finance of South Florida (#L0509050)** | $8,993.00<br><br>**Collateral: 2006 Kia Sedona** | 5.25% | $87.92<br>$234.07 | 1 – 26<br>27 – 60 | $10,244.40 – cram interest only – 910 vehicle |
| **GE Money Bank (#707450010123)** | $750.00<br><br>**Collateral: 1999 Harley Davidson** | 5.25% | $14.24 | 1 – 60 | $854.40 |

Priority Creditors: [as defined in 11 U.S.C. §507]
1.                                      Total Due $
                                        Payable  $           /month (Months       to      ) Regular Payment $

Unsecured Creditors:  Pay $10.00 /month (Months  1    to    60 ).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

         /s/       **FILED ECF**
Mitchell J Nowack, Esq. with knowledge and
Consent of the Debtor      D.O.F:03/24/2011                    Date:04/22/11

LF-31 (rev. 12/01/09)